## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Christopher Robison, et al.,                     Case No. 3:19-cv-896

      Plaintiffs,

   v.                                             **JUDGMENT ENTRY**

Techserv Consulting and
Training, Ltd.

      Defendant

In accordance with the order approving the confidential settlement (Doc. 70), it is hereby

ORDERED THAT the case be, and the same is dismissed.

So ordered.

/s/ James G. Carr
Sr. U.S. District Judge